UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Donald Swartz,<br>　　　Plaintiff,<br><br>-v-<br><br>Nationstar Mortgage, LLC, et al.,<br>　　　Defendants. | No. 1:15-cv-1250<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 15), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:　August 5, 2016　　　　　　　　　　／s／ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge

1